JOHN TOTH, JR., ET AL., PLAINTIFFS-PETITIONERS, v. EDWARD VAZQUEZ, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 8 *N. J. Super.* 289.

*Mr. David Mandel* and *Mr. Sam Weiss,* for the petitioners.

April 23, 1951. Denied.

HARRY GLIDEAR, PETITIONER-RESPONDENT, v. HAROLD A. CHARLES, RESPONDENT-PETITIONER.

See same case below: 11 *N. J. Super.* 523.

*Mr. Raymond L. Cunneen,* for the petitioner.

*Mr. Benjamin H. Priest,* for the respondent.

April 23, 1951. Granted.